IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MARY D. MITCHELL, | : | Case No. 1:23-cv-195 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| POSTMASTER GENERAL LOUIS DEJOY, | : | |
| Defendant. | : | |

### ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff filed objections (Doc. 5) to the Report and Recommendation; however, the objections were not timely filed in accordance with Fed. R. Civ. P. 72(b). Additionally, Plaintiff did not file any specific objections to the Report and Recommendation. General objections are considered the equivalent of failing to object entirely. *McCready v. Kamminga*, 113 F. Appx. 47, 49 (6th Cir. 2004).

Thus, the Court hereby **OVERRULES** Plaintiff's objections (Doc. 5) and **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** the following:

1. Plaintiff's motion to proceed in forma pauperis is **DENIED**; and
2. Plaintiff is **GRANTED** a thirty (30) day extension of time from this Order to pay the required filing fee of $402.00. Plaintiff is hereby notified that her

complaint will not be deemed "filed" until the appropriate filing fee is paid, *see Truitt v. Cnty. of Wayne*, 148 F.3d 644, 648 (6th Cir. 1998), and that, if she fails to pay the filing fee within thirty (30) days, this matter will be closed.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND