IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MARY MITCHELL, | : | Case No. 1:23-cv-195 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| POSTMASTER GENERAL LOUIS DEJOY, | : | |
| | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 41)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 41), to whom this case is referred. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court hereby **ADOPTS** the entirety of said Report and Recommendation and **GRANTS** Defendant's Motion to Dismiss (Doc. 25). Plaintiff's Complaint is **DISMISSED**, and this matter shall be **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND